# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY COLE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. CV 16-06206 SJO (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's contemporaneously issued Memorandum and Order Summarily Dismissing Action, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: September 1, 2016

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE